UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

CARLOS ALVAREZ,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 18 CR 656 (LTS)
ECF Case

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John Gleeson of Debevoise & Plimpton LLP hereby appears on behalf of defendant Carlos Alvarez in the above-captioned case.

Dated: New York, New York
       October 11, 2018

DEBEVOISE & PLIMPTON LLP

By:  /s/ John Gleeson
     John Gleeson
     919 Third Avenue
     New York, New York  10022
     (212) 909-6000
     jgleeson@debevoise.com

*Attorney for Carlos Alvarez*

TO: Maurene Comey
     Assistant United States Attorney
     (by ECF)