UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                      No. 18-CR-00656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter, dated November 20, 2019, from Defendant Alvarez, asking for clarification concerning his "Petition to revoke or amend plea agreement (without prejudice)." (Docket Entry No. 61.) As stated in the Court's November 5, 2019, Order, and during the November 8, 2019, change of counsel hearing, Mr. Alvarez's Petition was filed under seal because it contained information concerning communications with his attorney, which are privileged. As Mr. Alvarez is represented by counsel, the Court will not entertain his pro se Petition or any other direct application by Mr. Alvarez on his own behalf. Mr. Alvarez is instructed to communicate with his counsel, Mr. Brackley, who will make any application on his behalf that may be appropriate. Mr. Brackley is directed to provide a copy of this Order to Mr. Alvarez.

      SO ORDERED.

Dated: New York, New York
       December 9, 2019

                                                                              /s/ Laura Taylor Swain
                                                                        LAURA TAYLOR SWAIN
                                                                        United States District Judge