UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                             No. 18-CR-00656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received a "Petition for Frank's Evidentiary Hearing or Revocation of Plea," dated December 17, 2019. (Docket Entry No. 65.) As Mr. Alvarez is represented by counsel, the Court will not entertain his pro se Petition or any other direct application by Mr. Alvarez on his own behalf. Mr. Alvarez is instructed to communicate with his counsel who will make any application on his behalf that may be appropriate. Mr. Alvarez's Petition is denied without prejudice.

Docket Entry No. 65 is resolved.

SO ORDERED.

Dated: New York, New York
       January 7, 2020

                                                       /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge

**Copy mailed to:**

Carlos Alvarez (No. 86049-054)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232