UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA


    -v-                                                    No. 18-CR-656-LTS


CARLOS ALVAREZ,

                       Defendant.

------------------------------------------------------------X


### ORDER

As stated on the record in open court, the Court hereby appoints Sanford Talkin, Esq., as CJA counsel for 30 days solely for the purpose of consultation with Mr. Alvarez. Further, Defendant's "Motion to Proceed Pro-Se as Co-Counsel" is denied. Mr. Brackley remains Mr. Alvarez's retained counsel of record.

Docket Entry Nos. 66 and 71 are resolved.

SO ORDERED.


Dated: New York, New York
       February 24, 2020


                                          /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 United States District Judge