UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TEL: (212)-805-0417
FAX: (212)-805-0426

March 10, 2020

By First Class Mail

Mr. Sanford Talkin
Talkin, Muccigrosso & Roberts, L.L.P.
40 Exchange Place
18th Floor
New York, NY 10005

United States v. Carlos Alvarez
Case No. 18 CR 656 (LTS) (S.D.N.Y.)

Dear Mr. Talkin:

Thank you for your March 9, 2020, letter and for your prompt attention to the Court's request that you meet with Mr. Alvarez. Your service in this regard is much appreciated.

Very truly yours,

Laura Taylor Swain