UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                            No. 18-CR-00656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter, dated March 23, 2020, from Defendant Alvarez concerning issues related to COVID-19. A copy of the letter is being provided to Mr. Alvarez's attorney, Patrick Brackley. The letter, which includes sensitive medical information and attorney-client communications, will be filed under seal. Mr. Alvarez is again reminded that, as he is represented by counsel, the Court will not entertain a direct application by Mr. Alvarez on his own behalf.

      SO ORDERED.

Dated: New York, New York
       March 31, 2020

                                              /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           United States District Judge

**Copy mailed to:**

Carlos Alvarez (No. 86049-054)
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007