UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No.  18-CR-00656-LTS

CARLOS ALVAREZ,

       Defendant.

-------------------------------------------------------x

### Order

The Court has received three letters, dated April 4 and 5, 2020, from Defendant Alvarez concerning issues related to COVID-19.  Copies of the letters are being provided to Mr. Alvarez's attorney, Patrick Brackley.  The letters, which include sensitive medical information and attorney-client communications, will be filed under seal.  Mr. Alvarez is again reminded that, as he is represented by counsel, the Court will not entertain a direct application by Mr. Alvarez on his own behalf.

     SO ORDERED.

Dated: New York, New York
       April 21, 2020

                                                         /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge

**Copy mailed to:**

Carlos Alvarez (No. 86049-054)
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007