Vía ECF
Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

## MEMO ENDORSED

Re: USA vs. Carlos Alvarez 18 Cr. 656 (LTS)

Honorable Judge Swain:
This letter is in reference to the above captioned matter. The case is currently set for Sentence on June 11, 2020. With the consent of the Government we are requesting the Sentencing be continued until a date and time when Mr Alvarez's can personally appear for Sentence to fully and meaningfully participate in the procedure as well as personal appearances by his beloved family. He will not waive his own personal appearance in a matter of this critical importance.
I will advise this Court that Mr Alvarez is specifically requesting that opportunity.
Thank you in advance for your time and consideration

. I remain,

/s/
Patrick Jerome Brackley
Attorney at Law
233 Broadway Suite 2370
New York,  New York 10279
Office: 212-334-3736
Cell: 917-523-7265
Fax: 646-861-6196

The sentencing is adjourned to August 6, 2020, at 11:00 a.m.  The Court notes that there can be no certainty at this point that a personal appearance will be feasible by that time.  The parties should contact chambers by July 13, 2020, to inquire as to whether an in-person proceeding will be feasible and to make arrangements for a further adjournment if necessary.  DE# 88 resolved.
SO ORDERED.
6/2/2020
/s/ Laura Taylor Swain, USDJ