LAW OFFICE OF PATRICK J. BRACKLEY

Vía ECF
Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

**MEMO ENDORSED**

Re: USA vs. Carlos Alvarez 18 Cr. 656 (LTS)

Honorable Judge Swain:

This letter is in reference to the above captioned matter. The case is currently set for Sentence on August 6, 2020. With the consent of the Government we are requesting the Sentencing be continued until a date and time when Mr. Alvarez can personally appear for Sentence to fully and meaningfully participate in the procedure as well as personal appearances by his beloved family. Any date after September 15, 2020 would be acceptable. He will not waive his own personal appearance in a matter of this critical importance.

I will advise this Court that Mr. Alvarez is specifically requesting that opportunity.
I am also suggesting this Honorable Court set a conference via telephone with all parties present. I believe there are certain issues of representation that need to be discussed in open Court and resolved on a forum which facilitates open communication.

Thank you in advance for your time and consideration.

I remain,

*[signature]*

Patrick Jerome Brackley
Attorney at Law
233 Broadway Suite 2370
New York, New York 10279
Office: 212-334-3736
Cell: 917-523-7265
Fax: 646-861-6196

At the request of counsel, the August 6, 2020, setting will be used for a telephonic conference to discuss issues concerning representation. The request to adjourn the sentencing is granted. The sentencing is adjourned to the morning of October 6, 2020, and the related deadlines are modified accordingly. The Court will endeavor to arrange an in-person proceeding for that day. Counsel are requested to keep their morning calendars as open as possible. The precise time, and even the precise date, cannot be confirmed until late in the week before. DE# 95 resolved.

SO ORDERED.
7/20/2020
/s/ Laura Taylor Swain, USDJ