UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :          18-CR-656 (LTS)
                                                                   :
CARLOS ALVAREZ,                                                    :          ORDER
                                                                   :
            Defendant.                                             :
                                                                   :
-------------------------------------------------------------------X

ORDER

A telephonic pretrial conference is scheduled to take place in the above captioned case on **August 6, 2020, at 12:00 p.m.**  As requested, counsel for Defendant will be given an opportunity to speak with Defendant by telephone for fifteen minutes before the proceeding begins (i.e., at **11:45 a.m.**); defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

To access the call, participants must dial **888-363-4734**, enter the access code **1527005**, and the security code **1323**.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

During the call, participants are directed to observe the following rules:

1. Use a landline whenever possible.

2. Use a handset rather than a speakerphone.

3. All callers to the line must identify themselves if asked to do so.

4. Identify yourself each time you speak.

5. Mute when you are not speaking to eliminate background noise.

      6.      Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

      SO ORDERED.

Dated: New York, New York
       July 29, 2020

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge