UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                      No.  18-CR-00656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received two letters, each dated August 6, 2020, from Defendant Alvarez concerning his case and his interactions with his attorney, Patrick Brackley.  The Court will provide copies of the letters to Mr. Brackley and file both letters under seal.  Mr. Brackley is directed to communicate promptly with Defendant concerning the issues raised in the letters.

The Court notes that Mr. Alvarez has previously indicated that he wished to have CJA counsel appointed in substitution for Mr. Brackley, or to proceed pro se, but withdrew those requests after having had opportunities to consult with a CJA attorney, appointed for the purpose of consultation with Mr. Alvarez, and having thoroughly discussed his issues and questions with both the appointed CJA attorney and Mr. Brackley.  (See Docket Entry Nos. 68, 74, 75, 76, 77, 81.)

If, after consultation with Mr. Brackley about the issues raised in his August 6 letters, Mr. Alvarez wishes to request the appointment of CJA counsel in substitution for Mr. Brackley, he shall so notify the Court, in writing, by **September 4, 2020.**  If Mr. Alvarez wishes to continue to be represented by Mr. Brackley, he shall also notify the Court, in writing, by **September 4, 2020.**  In either case, Mr. Alvarez shall confirm in his written correspondence to

the Court that, whatever his decision, he has in fact consulted with Mr. Brackley, has given the

matter thorough reflection, and that his decision is voluntary and his own.

       SO ORDERED.

Dated: New York, New York
       August 14, 2020

       /s/ Laura Taylor Swain
       LAURA TAYLOR SWAIN
       United States District Judge

**Copy mailed to:**

Carlos Alvarez (No. 86049-054)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232