UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                     No. 18-CR-00656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## ORDER

      The Court has received Defendant Carlos Alvarez's letter dated August 23, 2020 (Docket Entry No. 102), submitted pro se, which describes the conditions of Mr. Alvarez's detention at the Metropolitan Detention Center and which the Court construes as submitted in further support of his counsel's motion, dated August 13, 2020 (Docket Entry No. 98), seeking Defendant's release on bail pending sentencing pursuant to 18 U.S.C. § 3145(c). The Court will consider the substance of Defendant's August 23 letter in connection with its consideration of his August 13 motion. However, Mr. Alvarez is again reminded that, as he is represented by counsel, the Court will not entertain direct applications by Mr. Alvarez on his own behalf.

      In light of Defendant's August 23 letter, the Government's deadline to file a response to Defendant's August 13 motion is extended to **September 8, 2020**. Defendant shall file any reply, through counsel, by **September 15, 2020**.

      SO ORDERED.

Dated: New York, New York
       September 1, 2020

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge