UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                     No.  18-CR-00656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant Carlos Alvarez's letter dated August 17, 2020 (Docket Entry No. 101), submitted pro se in response to the Court's Order dated August 14, 2020 (Docket Entry No. 99), which required Mr. Alvarez to notify the Court whether he wished to continue to be represented by his current attorney, Patrick Brackley, or alternatively to request the appointment of CJA counsel in substitution for Mr. Brackley.  Mr. Alvarez writes that he has agreed to proceed with Mr. Brackley under "certain conditions," including that Mr. Brackley "(1) protect my Constitutional Rights as his client, (2) schedule with this Honorable Court a reasonable date for a 'Evidentiary Hearing' in order to establish Supreme Court Decisions consistent with Legislative Law, and (3) comply with [applicable rules of] professional conduct."  Mr. Alvarez also requests that Mr. Brackley provide him a copy of the docket sheet in this case, as well as of his retainer agreement and a form notice of appeal.

The Court will enter a scheduling request for a conference, to take place on the morning of **September 18, 2020**, to review the representation and case management issues discussed in Mr. Alvarez's letter.  No conference date, time, or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the

hours of 9 a.m. and 2 p.m. on September 18, 2020, until further notice.  The on-duty CJA attorney will be requested to attend the conference.

Mr. Alvarez shall inform the Court, through counsel and no later than **September 3, 2020**, as to whether he consents to proceed with the conference by remote means, or wishes for the Court to request that he be produced for an in-person appearance.  Mr. Alvarez is advised that, if he requests an in-person appearance, and if his facility accommodates that request, he will very likely face a period of quarantine of at least 14 days upon his return to his facility from his court appearance.

Mr. Brackley is directed to provide his client with copies of the docket sheet in this case, any retainer agreement, and this Order promptly.

SO ORDERED.

Dated: New York, New York
September 1, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge