UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
-v-                                   :         18-CR-656 (LTS)
:
CARLOS ALVAREZ,                                     :         ORDER
:
Defendant.                     :
:
-------------------------------------------------------------------X

ORDER

The Court has received the letter dated September 2, 2020, from Patrick J. Brackley, counsel for Defendant Carlos Alvarez (Docket Entry No. 105), reporting that "upon due deliberation Mr. Alvarez still wishes to have me represent him" at his upcoming sentencing proceeding, currently scheduled for October 6, 2020.  (See Docket Entry No. 96.)  In light of the representations in Mr. Brackley's letter, the Court will not hold a conference on September 18, 2020, to review the representation and case management issues raised in Mr. Alvarez's own letter dated August 17, 2020.  (Docket Entry No. 101; see also Docket Entry No. 104 (indicating that the Court would seek to schedule such a conference).)

SO ORDERED.

Dated: New York, New York
       September 4, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge