LAW OFFICE OF PATRICK J. BRACKLEY

September 25, 2020
Vía ECF
Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

**MEMO ENDORSED**

Re: USA vs. Carlos Alvarez 18 Cr. 656 (LTS)

Honorable Judge Swain:

At this time based upon the filing of several Motions and the fairness rendered to the Government and this Honorable Court I am respectfully requesting with the Consent of the Government that the Sentencing of this matter be continued until a date convenient to this Court in mid November or early December.

This is in anticipation as well of yet other additional Supplemental Motions Mr Alvarez and I are intending to file. Thank you.

I remain,

*[signature]*

Patrick Jerome Brackley
Attorney at Law
233 Broadway Suite 2370
New York, New York 10279
Office: 212-334-3736
Cell: 917-523-7265
Fax: 646-861-6196

The sentencing is adjourned to December 16, 2020, at 10:00 a.m. DE#115 resolved.
SO ORDERED.
9/25/2020
/s/ Laura Taylor Swain, USDJ