LAW OFFICE OF PATRICK J. BRACKLEY

October 16, 2020

Vía ECF
Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

**MEMO ENDORSED**

Re: USA vs. Carlos Alvarez 18 Cr 656 (LTS)

Honorable Judge Swain:

As the Court is aware I have been completing the task of Supplementing certain Motions I filed on behalf of Mr. Alvarez.

This has been particularly challenging due to my clear intent to file meritorious Motions in keeping with the highest standards. I am requesting one final retroactive request to file the full set of Motions by close of business on Monday October 19, 2020.

The reason for this request is several fold particularly a new submission I received from Mr. Alvarez that I believe requires specific attention. I am currently in the District of Oklahoma on a matter and due to office closures in Manhattan the mail is one week behind. Nonetheless I have compiled all the recent submissions and will complete this task by the time I requested.

I have received consent from the Government through AUSA Comey. Thank you.

I remain,

Patrick Jerome Brackley
Attorney at Law
233 Broadway Suite 2370
New York, New York 10279
Office: 212-334-3736

The requested extension is granted. DE# 119 resolved.
SO ORDERED.
10/19/2020
/s/ Laura Taylor Swain, USDJ

Cell: 917-523-7265
Fax: 646-861-6196