UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                               No.  18-CR-656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant's Supplemental Motion to Modify Conditions of Release dated October 20, 2020 (Docket Entry No. 121), filed in further support of his letter-motion for release dated August 13, 2020.  (Docket Entry No. 98.)  The Government shall file its opposition to Defendant's Supplemental Motion by **November 4, 2020**.  Defendant shall file his reply, if any, by **November 11, 2020**.

      SO ORDERED.

Dated: New York, New York
         October 21, 2020

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                      United States District Judge