UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　No.  18-CR-00656-LTS

CARLOS ALVAREZ,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Carlos Alvarez's letter dated October 21, 2020, submitted pro se, which attaches (1) an evaluation of the Manhattan Detention Center's response to the COVID-19 pandemic, performed on or about April 23, 2020, by a Dr. Homer Venters, the results of which Plaintiff contends are as true now as they were then, and (2) four pages of correspondence between and concerning Defendant and his attorney, Patrick Brackley.

The Court construes the substance of Mr. Alvarez's letter, and the evaluation attached to it, as a further submission in support of his pending motion for release on bail pending sentencing.  (Docket Entry Nos. 98, 121.)  The Court will file those submissions on the public docket, and will address the substance of Mr. Alvarez's motion after the due date for his counsel to submit a reply brief (i.e., November 11, 2020).  (See Docket Entry No. 122.)

In order to preserve the attorney-client privilege between Mr. Alvarez and his counsel, the Court will file the communications between and concerning them under seal, and will provide a copy to Mr. Alvarez's counsel.  Counsel for Mr. Alvarez is reminded to promptly provide Mr. Alvarez with copies of all filings made and orders entered in this case, including this

one.  Counsel is also directed to communicate promptly with Mr. Alvarez concerning the issues raised in his October 21, 2020, letter and its attachments.

    SO ORDERED.

Dated: New York, New York
       November 9, 2020

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    United States District Judge