UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No. 18-CR-00656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Carlos Alvarez's letter dated November 17, 2020, submitted pro se, expressing Mr. Alvarez's desire to proceed with his sentencing, currently scheduled for December 15, 2020, by remote means. Mr. Alvarez's letter also attaches (1) one page of correspondence between himself and his attorney, Patrick Brackley, and (2) two one-page memoranda to the inmate population of the Metropolitan Detention Center in Brooklyn ("MDC"), dated November 13 and November 16, 2020, respectively.

In order to protect the attorney-client privilege between Mr. Alvarez and his counsel, the Court will file Defendant's complete November 17, 2020, letter—including the communication between Defendant and his counsel—under seal, and will provide a copy to Mr. Brackley. The Court will file a copy of Mr. Alvarez's November 17, 2020, letter, with that communication redacted, on the public docket.

       SO ORDERED.

Dated: New York, New York
       December 2, 2020

                                                               /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge