UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No.  18-CR-00656-LTS

CARLOS ALVAREZ,

         Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter from attorney Patrick Brackley, submitted December 2, 2020, requesting to be relieved as counsel for Defendant Carlos Alvarez, whose sentencing is currently scheduled for December 15, 2020.  (See Docket Entry Nos. 130-34.)

Because Mr. Brackley's letter concerns sensitive attorney-client communications, the Court will file the letter under seal.  Mr. Brackley is directed to provide a copy of his letter, and this Order, to Mr. Alvarez as promptly as possible, and to discuss his intended request to be relieved with Mr. Alvarez in advance of Mr. Alvarez's sentencing hearing.  The Court will hear Mr. Brackley's application for relief, if necessary, at the commencement of the scheduled December 15, 2020, sentencing hearing.

     SO ORDERED.

Dated: New York, New York
       December 3, 2020

                                                                 /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                   United States District Judge