UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                             No.  18-CR-00656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received defense counsel's submission of 148 pages of Defendant's medical records, submitted in advance of Defendant's December 15, 2020, sentencing hearing. Because the submission consists exclusively of Defendant's personal medical records, defense counsel's request to file the submission under seal is granted.  The Court will file a copy of the submission under seal.

      SO ORDERED.

Dated: New York, New York
       December 9, 2020

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge