UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No.  18-CR-00656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## ORDER

Patrick J. Brackley is relieved as retained counsel for the defendant.  Dawn M. Cardi, Esq., is now appointed as CJA counsel for the defendant in the above-captioned case.

SO ORDERED.

Dated: New York, New York
         December 15, 2020

                                                                  /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge