UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                               No. 18-CR-656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Carlos Alvarez's four letters dated December 5, 7, 7, and 10, 2020, respectively, submitted pro se, concerning conditions at the Metropolitan Detention Center, where he is detained, and the investigation leading to his arrest on the charges brought in this case. In addition, three pages of Mr. Alvarez's letter dated December 5, 2020, concern communications and interactions with his prior counsel, including retained counsel Patrick J. Brackley, who was relieved as counsel for Mr. Alvarez by order of the Court dated December 15, 2020 (Docket Entry No. 146), when the Court appointed CJA counsel to represent Mr. Alvarez.

In order to preserve the attorney-client privilege between Mr. Alvarez and his counsel and permit CJA counsel to review the assertions in the letter and provide advice to Mr. Alvarez, the Court will file the three pages concerning prior counsel under seal, and will provide copies to Mr. Brackley and to Mr. Alvarez's current CJA counsel. The Court will file the remainder of Mr. Alvarez's letters on the public docket, with those three pages redacted.

Mr. Alvarez is again reminded that, as he is represented by counsel, the Court will not entertain direct applications by Mr. Alvarez on his own behalf.

Counsel for Mr. Alvarez is directed to promptly provide Mr. Alvarez with a copy of this Order, and to communicate promptly with Mr. Alvarez concerning the issues raised in his letters.

SO ORDERED.

Dated: New York, New York
December 22, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge