UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                     No.  18-CR-656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## Order

        The Court has received Defendant Carlos Alvarez's three letters dated December 17, 23, and 28, 2020, respectively, submitted pro se, concerning conditions at the Metropolitan Detention Center ("MDC"), where he is detained; the MDC's restrictions, in light of the ongoing COVID-19 pandemic, on his ability to perform legal research; and the investigation leading to his arrest on the charges brought in this case.  In addition, portions of Mr. Alvarez's letter dated December 17, 2020, concern communications and interactions with his prior retained counsel, Patrick J. Brackley, and claim that Mr. Alvarez has not received certain documents filed in this case.  Mr. Alvarez also seeks the Court's legal advice concerning the merits of this case.

        In order to preserve the attorney-client privilege between Mr. Alvarez and his counsel and permit CJA counsel to review the assertions in the letter and provide advice to Mr. Alvarez, the Court will file the portions of his December 17, 2020, letter concerning prior counsel under seal, and will provide copies to Mr. Brackley and to Mr. Alvarez's current CJA counsel.  The Court will file the remainder of Mr. Alvarez's letters on the public docket, with those portions redacted.

Mr. Alvarez is again reminded that, as he is represented by counsel, the Court will not entertain direct applications by Mr. Alvarez on his own behalf.  Nor may the Court provide him legal advice.

Counsel for Mr. Alvarez is directed to promptly provide Mr. Alvarez with a copy of this Order, to communicate promptly with Mr. Alvarez concerning the issues raised in his letters, and to promptly provide Mr. Alvarez with copies of any filing(s) in this case which he claims to have not received.

SO ORDERED.

Dated: New York, New York
January 7, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge