UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITE STATES OF AMERICA | 18-CR-656 (LTS) |
| v. | ORDER TO REMOVE DOCUMENT FROM ECF |
| CARLOS ALVAREZ, | |
| Defendant | |

---

      Defense counsel having electronically filed the attachments to Defendant's supplemental sentencing submission (ECF document numbers 166-1 and 166-2) publicly through the court's Electronic Case Filing ("ECF") system, and the Court having found good cause to seal and remove the electronic version of the documents from the ECF system, the Court respectfully directs the Clerk of Court to remove the PDF versions of the documents (ECF document numbers 166-1 and 166-2) from the ECF system and retain them solely in paper form in the court's sealed records vault.

      Defense counsel shall promptly re-file versions of the documents on ECF, with sensitive medical and personally identifying information redacted.

      Docket entry no. 167 is resolved.

      SO ORDERED.

Dated: April 22, 2021
      New York, New York

                                                       /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge