UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

CARLOS ALVAREZ,

               Defendant.

------------------------------------------------------------------------X

18-CR-656 (LTS)

### SEALING ORDER

The Court has received the Government's supplemental sentencing submission dated April 30, 2021 (docket entry no. 173), attached to which as Exhibit A are Defendant's BOP medical records, which the Government requests that the Court file under seal.

The Government's application is granted. Because Exhibit A to the Government's April 30, 2021, submission contains Defendant's sensitive medical records, the Court will file that Exhibit under seal.

SO ORDERED.

Dated: New York, New York
May 3, 2021

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge