UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                       No. 18-CR-656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received Defendant Carlos Alvarez's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (Docket Entry No. 179.) The Government is directed to file its response to Mr. Alvarez's motion, which must include his BOP medical records, by **June 24, 2021**. The Government may request that the Court file under seal medical records that are included in the Government's response, and sensitive medical information may be redacted from the response that is filed on ECF. A complete, unredacted courtesy copy of the Government's response must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

Mr. Alvarez's reply to the Government's response, if any, must be filed by **July 1, 2021.**

       SO ORDERED.

Dated: New York, New York
       June 11, 2021

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge