UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                 No. 18-CR-656-LTS

CARLOS ALVAREZ,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received the Government's June 24, 2021, opposition (docket entry no. 181) to Defendant Carlos Alvarez's pending motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (docket entry no. 179). Because Exhibit A to the Government's opposition contains Mr. Alvarez's sensitive medical records, and at the Government's request (see docket entry no. 181 at 6 n.3), the Court will file Exhibit A under seal.

        SO ORDERED.

Dated: New York, New York
       June 25, 2021

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge